IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE OSVALDO TORRES,
    Petitioner,

vs.                               Case No. 3:08cv396/LAC/EMT

WALTER McNEIL,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 3, 2010 (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of February, 2010.

                                               s/*L.A. Collier*
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**